UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MACKENZIE A. BRISTOW,<br><br>             Plaintiff,<br><br>    v.<br><br>CITY OF SPOKANE, et al.,<br><br>             Defendants. | NO. CV-05-0226-EFS<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

    Before the Court, without oral argument, is the parties' Stipulated Motion for Dismissal, With Prejudice (Ct. Rec. 120). As the parties have reached settlement, the Court finds good cause to dismiss Plaintiff's complaint with prejudice. Accordingly, **IT IS HEREBY ORDERED**:

    1. The parties' Stipulated Motion for Dismissal, With Prejudice **(Ct. Rec. 120)** is **GRANTED**.

    2. All pending motions are **DENIED as MOOT**.

    **IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

    **DATED** this __22nd__ day of November, 2006.

                              S/ Edward F. Shea
                              EDWARD F. SHEA
                        United States District Judge

Q:\Civil\2005\0226.dismiss.wpd

ORDER ~ 1